STATE OF NORTH CAROLINA v. JAMES ROOSEVELT WADDELL

No. 7312SC563

(Filed 26 September 1973)

ON *certiorari* to review the trial of the defendant at the 29 January 1973 Session of CUMBERLAND County Superior Court before *Brewer, Judge.*

The defendant was tried upon a bill of indictment in proper form charging him in two counts with possession of (1) heroin and (2) a hypodermic needle and syringe. After a plea of not guilty, he was tried before a jury which returned a verdict of guilty on both counts. The defendant gave notice of appeal from a prison sentence; and upon failure to perfect the appeal in apt time, this Court granted a petition for certiorari to review the case.

*Attorney General Robert Morgan by Associate Attorney E. Thomas Maddox, Jr., for the State.*

*Assistant Public Defender Donald W. Grimes for defendant appellant.*

CAMPBELL, Judge.

The defendant was arrested on other charges in the City of Fayetteville and taken to the police station. While in the police station, he was searched; and in his coat pocket there was found a bottle cap with a piece of wire attached thereto. The cap appeared to be smoked on the bottom and had a white residue of powder and a wad of cotton in it. There was also found a hypodermic needle. These items were wrapped together. Upon a laboratory test, heroin was found to be present in the residue of powder in the bottle cap.

State v. Waddell

A review of the record in this case reveals no error in the admission of evidence, charge of the court to the jury, or the judgment imposed.

No error.

Judges MORRIS and HEDRICK concur.